TODD BLANCHE                                                                    JS-6
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ASIM H. MODI, NY SBN # 4692018
     Special Assistant United States Attorney
     Program Litigation 1
     Social Security Administration | Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (312) 596-1868
     Asim.Modi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TINA LYNNE ALAMIA,<br><br>     Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. SACV 26-00274-DSR<br><br><br><br>~~[PROPOSED]~~ JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of

Judgment in Favor of Plaintiff (Stipulation to Remand) (Doc. No. 14), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  June 4, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE